

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Yuanliu ZHU, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ3404 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about August 18, 2021, within the Southern District of California, Defendant, Yuanliu ZHU, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Shangmei LI, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on August 19, 2021.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

The complainant states that Shangmei LI, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 18, 2021, at approximately 4:55 P.M., Yuanliu ZHU (Defendant), applied for admission into the United States from Mexico at the Otay Mesa, California Port of Entry as the driver of a 2008 Mitsubishi Eclipse bearing California license plates. Upon inspection before United States Customs and Border Protection (CBP) Officer, Defendant presented his Lawful Permanent Resident card and stated he was going to San Diego, California with nothing to declare from Mexico. During the CBP Officer's inspection he noticed Defendant's hand was shaking as he gave the registration to the vehicle and noted a modification to the trunk of the vehicle. The CBP Officer popped the rear speaker frame in the middle of the back seat to gain access to the space and discovered a body in a non-factory compartment. Defendant was handcuffed and escorted to the security office and the vehicle was driven to secondary for further inspection.

In secondary, CBP Officers noted the compartment was modified with welded sheet metal. They utilized a crowbar to pry the compartment open and took about 40 minutes remove a female later identified as Shangmei LI, determined to be a citizen of China without documents to enter the United States and is now held as Material Witness.

At approximately 10:43 P.M., Defendant was advised of his Miranda rights and elected to make statements without benefit of counsel. Defendant admitted to smuggling a person concealed in the vehicle he was driving. Defendant stated he was to be paid an amount of $2,000 US dollars upon delivery of the vehicle to a location that will be given to him after crossing the border successfully.

During a video-recorded interview, the Material Witness admitted to being a citizen of China without documents to enter the United States. Material Witness stated she made the smuggling arrangement herself and was to pay a smuggling fee of $10,000 US dollars after successful entry into the United States. Material Witness stated she was going to Los Angeles.